| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Law Offices of Tyson M. Takeuchi<br>Tyson M. Takeuchi, SBN 177419<br>1100 Wilshire Blvd., Ste. 2606<br>Los Angeles, CA 90017<br>tel. 213.637.1566<br>fax. 866.481.3236 | |

☒ Attorney for Debtor

☐ Pro Se Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER 13

CASE NUMBER

In re
Evelyn Quijano Natividad

**DECLARATION RE TAX RETURNS (PRECONFIRMATION)**

Confirmation Hearing set for:

Debtor(s).

*In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the date on which the meeting of creditors pursuant to 11 U.S.C. § 341(a) is first scheduled. Check the appropriate boxes.*

I, Evelyn Quijano Natividad _____ (Debtor's name), hereby declare:

☒ I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308.

☐ I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[1]

| Year | Taxing Authority (federal, state, or local) | Proposed Date for Filing Return |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

☐ I am not required to file federal, state, or local tax returns because: _____

I declare under penalty of perjury that the foregoing is true and correct:

Dated: 6/23/09                                    /s/ [signature]
                                                        Debtor

---

[1] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 3015-1.9**